**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**                                                                                          **BANKRUPTCY NO. 22-00799-JAW**
**ANTRONETTE LEVISON**

## ORDER OF DISMISSAL

     **THIS DAY,** the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #   ). After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerk of this Court a written responsive pleading to the Motion.

     **IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**##END OF ORDER##**

SUBMITTED BY:

/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com