**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                    CHAPTER 13 NO.:

ANTRONETTE LEVISON                                                              22 – 00799 – JAW

**CERTIFICATE OF SERVICE**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Agreed Order* [DK #114] in regards to the Trustee's Motion to Dismiss and the Debtor's Response entered in the above styled and numbered case to the U. S. Trustee, the Debtor, Debtor's Attorneys by United States Mail, postage prepaid, or by ECF Filing Notification, and to Vanderbilt Mortgage and their attorney if known, by United States Mail, postage prepaid and that a copy of the subject Agreed Order has been served to the parties pursuant to Fed. R. Bankr. P. 2002(a)(9) and (b)(3). That, said Agreed Order shall not become final for a period of 21 days from the date of entry of same giving all creditors opportunity to object to same.

      Dated:  February _____6_____, 2026

                                                  Respectfully submitted,

                                                  /s/Harold J. Barkley, Jr.
                                                  HAROLD J. BARKLEY, JR. – MSB #2008
                                                  CHAPTER 13 TRUSTEE
                                                  POST OFFICE BOX 4476
                                                  JACKSON, MS 39296-4476
                                                  PHONE:  601/362-6161
                                                  FAX:  601/362-8826
                                                  E-MAIL:  HJB@HBARKLEY13.COM