

SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: February 5, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| ANTRONETTE LEVISON | 22 – 00799 – JAW |

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #110] and the Debtor's Response [DK #111]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, the post-petition mortgage payment arrears through January 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the February 1, 2026 payment.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditor(s) opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known, and file a certificate of service with the Court.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

**EXHIBIT – CERTIFICATE OF SERVICE – PARTIES NOTICED**
**ANTRONETTE LEVISON – CHAPTER 13 NO. 22 - 00799 – JAW**

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Antronette Levison
51 Delta Street
Pickens, MS  39146

Vanderbilt Mortgage
Attn:  Bankruptcy Department
Post Office Box 9800
Maryville, TN  37802-9800