**Fill in this information to identify the case:**

Debtor 1    Antronette Levison

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern   District of   Mississippi
(State)

Case number   22-00799

## Official Form 410S1

# Notice of Mortgage Payment Change                12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:  Vanderbilt Mortgage and Finance, Inc.          Court claim no. (if known):  2

Last 4 digits of any number you use to
identify the debtor's account:           6   6   8   5

**Date of payment change:**
Must be at least 21 days after date of
this notice                                 7  /1  /2026

**New total payment:**
Principal, interest, and escrow, if any        $ 848.22
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 128.90          New escrow payment: $ 305.54

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:            _____% New interest rate:            _____%

   Current principal and interest payment: $ _____ New principal and interest payment: $ _____

| Part 3: | Annual HELOC Notice |
| --- | --- |

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☑ No
   ☐ Yes.
        Current HELOC payment:      $ _____

        Reconciliation amount:      + $ _____ or
                                    - $ _____

Debtor 1  **Antronette Levison**
First Name        Middle Name        Last Name

Case number *(if known)* 22-00799

---

Amount of next payment (including reconciliation amount)            $_____

Amount of the new payment thereafter (without reconciliation amount)   $_____

## Part 4:   Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment:  $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ *Kyle Wright*
Signature

Date   6 / 4   2026

Print:   Kyle            G            Wright
First Name        Middle Name        Last Name

Title   Bankruptcy Specialist

Company   Vanderbilt Mortgage and Finance, Inc.

Address   500 Alcoa Trail
Number            Street

Maryville                         TN      37804
City                              State   ZIP Code

Contact phone ( 865 ) 380 – 3000

Email kyle.wright@vmf.com



PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

RETURN SERVICE REQUESTED

June 4, 2026

Antronette Levison
51 Delta St
Pickens, MS 39146-5002

## CERTIFICATE OF SERVICE

I, Kyle Wright, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

**Antronette Levison**
51 Delta St
Pickens, MS 39146-5002

**Thomas Carl Rollins**
Attorney for the Debtor
Notified by Electronic Case Filing

**Harold J. Barkley, Jr.**
Chapter 13 Trustee
Notified by Electronic Case Filing

/s/ Kyle Wright

**Toll Free: 800.970.7250 ● Phone: 865.380.3000 ● Fax:  865.380.3750 ● www.VMF.com ● NMLS # 1561**

**Office Hours: Monday – Thursday, 8:30 AM to 8:00 PM and Friday, 8:30 AM to 5:30 PM (ET)**

**Annual Escrow Analysis**

ANTRONETTE BARTON
51 DELTA ST

5/1/2026
Print Date: 05/16/2026

PICKENS, MS 39146-5002

| | | |
|---|---|---|
| | $542.68 | $542.68 |
| | $112.83 | $153.50 |
| | $16.07 | $152.04 |
| | $.00 | $.00 |
| TOTAL MONTHLY PAYMENT | $671.58 | $848.22 |

7/1/2026

THE LOAN IS CURRENTLY DELINQUENT. THIS IS A PROJECTION REFLECTING PAYMENTS BASED ON THE LOAN BECOMING CURRENT.
THIS IS A PROJECTION REFLECTING PAYMENTS LESS $ 249.20 IN ESCROW SHORTAGE WHILE YOU ARE UNDER BANKRUPTCY PROTECTION.

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun 26 | | | Starting Balance | | $418.33- | $1,406.10 |
| Jun 26 | $128.90 | | | | $289.43- | $1,535.00 |
| Jul 26 | $153.50 | | | | $135.93- | $1,688.50 |
| Aug 26 | $153.50 | $1,842.00 | PHYSICAL DAMAGE INSURANCE | (a)$1,824.43- | (b) | $.00 |
| Sep 26 | $153.50 | | | | $1,670.93- | $153.50 |
| Oct 26 | $153.50 | | | | $1,517.43- | $307.00 |
| Nov 26 | $153.50 | | | | $1,363.93- | $460.50 |
| Dec 26 | $153.50 | | | | $1,210.43- | $614.00 |
| Jan 27 | $153.50 | | | | $1,056.93- | $767.50 |
| Feb 27 | $153.50 | | | | $903.43- | $921.00 |
| Mar 27 | $153.50 | | | | $749.93- | $1,074.50 |
| Apr 27 | $153.50 | | | | $596.43- | $1,228.00 |
| May 27 | $153.50 | | | | $442.93- | $1,381.50 |
| Jun 27 | $153.50 | | | | $289.43- | $1,535.00 |

$1,970.90        $1,842.00

$1,824.43-
$.00

$1,824.43-

*Once the loan is current, you
may pay the deficiency amount
to keep the escrow payment at
the new base payment.

5/1/2026
Annual Escrow Analysis

PHYSICAL DAMAGE INSURANCE  1,842.00          1,354.00          488.00

July    1 , 2025                June    30 , 2026

$671.58                $542.68
$.00                           $128.90

```
                                        Starting Balance              $1,481.67-  $574.13
Jun 25    $361.32    $361.32                                        * $1,120.35-  $935.45
Jul 25    $361.32    $112.83                                        *   $759.03-$1,048.28
Aug 25    $128.90    $112.83    $1,842.00  $1,354.00  PHYSICAL DAMAGE INSURANCE  * $2,472.13-  $192.89-
Aug 25    $128.90                                                   * $2,343.23-  $192.89-
Sep 25    $128.90    $112.83                                        * $2,214.33-   $80.06-
Oct 25    $128.90    $112.83                                        * $2,085.43-   $32.77
Nov 25              $112.83                                         * $2,085.43-  $145.60
Dec 25              $112.83                                         * $2,085.43-  $258.43
Jan 26              $112.83                                         * $2,085.43-  $371.26
Feb 26              $112.83                                         * $2,085.43-  $484.09
Mar 26    $128.90    $112.83                                        * $1,956.53-  $596.92
Mar 26    $128.90                                                   * $1,827.63-  $596.92
Mar 26    $128.90                                                   * $1,698.73-  $596.92
Mar 26    $128.90                                                   * $1,569.83-  $596.92
Apr 26    $128.90    $112.83                                        * $1,440.93-  $709.75
May 26              $112.83                                         * $1,440.93-  $822.58
Jun 26              $112.83                                         * $1,440.93-  $935.41
```

$1,882.74    $1,715.28    $1,842.00    $1,354.00

$1,354.00
$225.66