---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 15, 2026**

### The Order of the Court is set forth below. The docket reflects the date entered.

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                    **CASE NO.: 22-00799-JAW**
**ANTRONETTE  LEVISON**

51 DELTA ST
PICKENS, MS 39146

**\*\*\*\*\* AMENDED \*\*\*\*\***
### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding
in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's**
principal income is from wages, salary, or commissions; and that the  **DEBTOR**  is  **paying personally**  and is
subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the   **DEBTOR.**

**IT IS FURTHER APPEARING THAT**  it is requisite to effectuate the provisions of the **DEBTOR's**
plan; that the **DEBTOR**  is directed to pay a portion of the   **DEBTOR's**  earnings to the Court for distribution to
creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named   **DEBTOR**  is required to
pay from the  **DEBTOR's**  earnings and pay over to:

> Harold J. Barkley,Jr.
> Chapter 13 Trustee
> P.O. Box 321454
> Flowood, MS 39232

the sum of  $1,360.00 MONTHLY  **.**

##END OF ORDER##